RECEIPT # 56944
AMOUNT $ 150
SUMMONS ISSUED Y-4
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. PM
DATE 6-29-04

UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

2004 JUN 29 P 1:59

Civil Action No.

U.S. DISTRICT COURT
DISTRICT OF MASS.

)
Cathryn Lyttle,                              )
    Plaintiff                              )
                                             )
v.                                           )   04cv11480 WGY
                                             )
Clear Channel Entertainment-Tweeter          )
Center, SFX Entertainment,                   )
Inc., Gallagher Bassett Services, Inc.       )
and Aegis Security,                          )   MAGISTRATE JUDGE Cohen
    Defendants                             )
                                             )

## COMPLAINT

### Plaintiff Demands A Trial By Jury At All Issues Of Law and Equity

### PARTIES

1.

The plaintiff, Cathryn Lyttle, resides at 28 Dartmouth Street, Maynard, Massachusetts 01754, County of Middlesex.

2.

The defendant, Aegis Security is located at 280 Lincoln Street, Brighton, Massachusetts, County of Suffolk.

3.

The defendant, Clear Channel Entertainment-Tweeter Center is located at 2000 West Loop South, Suite 1300, Houston, Texas 77027.

4.

The defendant, SFX Entertainment, Inc. is the corporate

administrator for Tweeter Center for the Performing Arts, Mansfield, Massachusetts.

5.

The defendant, Gallagher Bassett Services, Inc. is the corporate administrator for Tweeter Center for the Performing Arts, Mansfield, Massachusetts, SFC Enterprises, Inc. Gallagher, Bassett Services, Inc. is located at 6 Campus Drive, P.O. Box 405, Parsippany, NJ 07054-0405.

**FACTS**

6.

On or about July 19, 2001, Cathryn Lyttle attended a Tim McGraw concert at the Tweeter Center for the Performing Arts in Mansfield, Massachusetts. Lyttle was a business invitee.

7.

An altercation broke out between people seated next to Cathryn Lyttle.

8.

The altercation was broken up and one of the patrons left. Aegis Security did not arrest the patron, call the police or throw him off the premises.

9.

However, the patron came back and the fight started up again.

10.

It was at this time that Cathryn was assaulted and suffered serious personal injuries.

11.

Cathryn Lyttle fell to the ground and a man involved in the fight started hitting Lyttle in the face. Lyttle brought her left hand up to protect herself and got struck in the hand. Several people pulled the man off Lyttle, but he was unable to be apprehended for the second time.

12.

This incident caused Lyttle extensive personal injuries to the eye, face, jaw and hand.

13.

Lyttle was taken by ambulance to Sturdy Memorial Hospital.

14.

The assailant of Lyttle was allowed, after the first fight, to return to the concert with a number of friends. After the second fight and beating up of Lyttle, the assailant was allowed to leave the concert again without being arrested.

15.

Aegis Protection Group in charge of security, failed to notify the local authorities, both Tweeter Center employees and Mansfield Police about the two altercations.

## COUNT ONE

### Negligence Against All Named Defendants

16.

The plaintiff incorporate by reference paragraphs one through fifteen.

17.

Cathryn Lyttle alleges that all above-named defendants failed to exercise due care and diligence in removing the assailant of Lyttle from the premises. The factor that the assailant was involved in one fight then allowed to come back and become involved in a second fights is wilful, wanton and reckless conduct. The assailant was never arrested.

These negligent acts which all defendants allowed on July 19, 2001 caused Lyttle extensive personal injuries, pain and suffering. The defendants had a duty to Lyttle as a business invitee to keep a safe premises.

## COUNT II

### Intentional, Negligent Infliction of Emotional Distress Against All Named Defendants

18.

The plaintiff incorporates by reference paragraphs one through seventeen.

19.

Cathryn Lyttle alleges that all the above-named defendants due to their willful, wanton, reckless and negligent actions on July 19, 2001 caused her extreme emotional distress. Their negligence forced Lyttle to be hospitalized and suffer intense pain and suffering from the injuries due to their negligent, intentional infliction of emotional distress. Lyttle was a business invitee.

WHEREFORE, Cathryn Lyttle demands money damage, interest, costs and reasonable attorneys fees.

The plaintiff,
By her attorney,

*[signature]*

Damon Scarano, Esquire
Attorney At Law
60 Commercial Wharf
Boston, MA  02110