UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL 12 P 3: 28

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |  |
|---|---|---|
| CATHRYN LYTTLE,<br>            Plaintiff, | )<br>)<br>)<br>)<br>) | |
| v. | )<br>) | DOCKET NO: 04CV11480WGY |
| CLEAR CHANNEL ENTERTAINMENT-<br>TWEETER CENTER, SFX ENTERTAINMENT,<br>INC., GALLAGHER BASSETT SERVICES,<br>INC. AND AEGIS SECURITY,<br>            Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the defendants, Clear Channel Entertainment-Tweeter Center, and SFX Entertainment, Inc., in the above-captioned matter.

Respectfully submitted
CLEAR CHANNEL ENTERTAINMENT-
TWEETER CENTER, SFX
ENTERTAINMENT, INC
By its attorneys,

**MORRISON MAHONEY LLP**

William A. Schneider, BBO #636421
250 Summer Street
Boston, MA 02210
(617) 439-7573

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on   7/9/04   .