UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHRYN LYTTLE,<br>    Plaintiff,<br><br>v.<br><br>CLEAR CHANNEL ENTERTAINMENT-<br>TWEETER CENTER, SFX ENTERTAINMENT,<br>INC., GALLAGHER BASSETT SERVICES,<br>INC. AND AEGIS SECURITY,<br>    Defendants. | DOCKET NO: 04CV11480-WGY |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned hereby certifies that on August 11, 2004, he did conference with plaintiff's counsel regarding the jurisdictional issues raised in the Motion of Defendants, Clear Channel Entertainment-Tweeter Center, SFX Entertainment, Inc. and Gallagher Bassett Services, Inc. to Dismiss The Plaintiff's Complaint for Lack of Subject Matter Jurisdiction or Alternatively, For Summary Judgment, and plaintiff's counsel did not agree to dismiss his complaint.

Respectfully submitted,

**MORRISON MAHONEY LLP**

/s/ William A. Schneider
_____
William A. Schneider, BBO #636421
250 Summer Street
Boston, MA  02210
(617) 439-7573