UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV11480-WGY

Cathryn Lyttle, )
          Plaintiff )
 )
 )
V. )
 )
Clear Channel Entertainment-Tweeter )
Center, et al )
          Defendants )
 )

## MOTION FOR VOLUNTARY DISMISSAL

Now comes the plaintiff, Cathryn Lyttle and moves that this Honorable

Court dismiss Aegis Security from the case as a defendant.

The plaintiff,
By her attorney,

Damon Scarano, Esquire
Attorney At Law
60 Commercial Wharf
Boston, MA  02110

UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV11480-WGY

|  |  |
|---|---|
| Cathryn Lyttle,<br>　　　　　Plaintiff<br><br>V.<br><br>Clear Channel Entertainment-Tweeter<br>Center, et al<br>　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT PURSUANT TO LOCAL RULE 7.1 MOTION PRACTICE

I, Damon Scarano, Esquire hereby affirm under the pains and penalties of perjury:

1.    I notified William A. Schneider, Esquire that I wished to dismiss Aegis Security as a party in this matter.  I would file a motion for voluntary dismissal.  Accordingly, there would be complete diversity between the parties.

2.    William Schneider told me he would not do this "you have to do what you gotta do."

3.    I told him that I felt this would be the best way to clarify this issue of complete diversity.

4.    I can not convince the defendants to allow me to rename Aegis Protection Group.  I must accomplish this by going to Court.

The plaintiff,
By her attorney,

Damon Scarano, Esquire
Attorney At Law
60 Commercial Wharf
Boston, MA  02110