UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV11480-WGY

Cathryn Lyttle, )
    Plaintiff )
 )
V. )
 )
Clear Channel Entertainment-Tweeter )
Center, SFX Entertainment, )
Inc., Gallagher Bassett Services, Inc. )
 and Aegis Security, )
    Defendants )

## CATHRYN LYTTLE'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT

Now comes Cathryn Lyttle and moves to oppose the defendants motion to dismiss for the following reasons:

1. Cathryn Lyttle has notified the defendant she will remove Aegis Security from this complaint by filing a motion for voluntary dismissal.

2. Cathryn Lyttle has notified the defendants that if Aegis Security is removed, they have no argument as to complete diversity of citizenship.

3. The defendant would not co-operate pursuant to Local Rule 7.1 Motion Practice. Defendants were notified and would not co-operate.

4. Again, Lyttle moves that Aegis Security be removed from this case and the matter go forth before Judge Young at U.S. District Court.

The plaintiff,
By her attorney,

_____
Damon Scarano, Esquire
Attorney At Law
60 Commercial Wharf
Boston, MA  02110