UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

CIVIL ACTION
NO. 04-CV11480-WGY

| | |
|---|---|
| Cathryn Lyttle,<br>　　　　　Plaintiff<br><br>V.<br><br>Clear Channel Entertainment-Tweeter Center, SFX Entertainment, Inc., Gallagher Bassett Services, Inc. and Aegis Security,<br>　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO ALLOW MOTION TO BE FILED ON PAPER

1.　Now comes the plaintiff and states he is registered with Court in Electronic mail (E-mail) annexed.

2.　Clerk, Judy Litwin has requested a new access code which will take 10 days to come to Boston.

3.　It is impossible to file any documents without code.

4.　Plaintiff requests that she be able to file these matters on paper and will remedy situation when access code arrives.

　　　　　　　　　　　　　　　　　　The plaintiff,
　　　　　　　　　　　　　　　　　　By her attorney,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Damon Scarano, Esquire
　　　　　　　　　　　　　　　　　　Attorney At Law
　　　　　　　　　　　　　　　　　　60 Commercial Wharf
　　　　　　　　　　　　　　　　　　Boston, MA  02110

Yahoo! My Yahoo! Mail

**YAHOO! Mail**  Welcome, **scaranolaw** [Sign Out, My Account]




Search the web [ ] Search
Mail Home - Help

your round-trip to
song.
limited time and supply - find your flight now
flysong.com

Mail | Addresses | Calendar | Notepad     **scaranolaw@yahoo.com** [Sign Out]

Check Mail | Compose | Search Mail     **Mail Upgrades - Mail Options**

**Folders** [Add - Edit]
 Inbox (5)
Draft
Sent
**Bulk (8)** [Empty]
Trash [Empty]

 Just Curious? See your Credit
 $300K mortgage for only $1050/month!
Low Mortgage Rates Today
 Today's Low Mortgage Rates

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam

This message is not flagged. [ Flag Message - Mark as Unread ]

Date:     Wed, 11 Aug 2004 15:16:06 -0400 (EDT)
From:     ECFnotice@mad.uscourts.gov   Add to Address Book
To:       CourtCopy@mad.uscourts.gov
Subject:  Activity in Case 1:04-cv-11480-WGY Lyttle v. Clear Channel Entertainment-Tweeter Center et al "C

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once
without charge. To avoid later charges, download a copy of each
document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Schneider, William A.
entered on 8/11/2004 at 3:16 PM EDT and filed on 8/11/2004


Case Name: Lyttle v. Clear Channel Entertainment-Tweeter Center et al
Case Number: 1:04-cv-11480
https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?93036

Document Number: 5
Copy the URL address on the line below into the location bar of your
Web browser to view the document:
https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?5,93036,,84910004,

Docket Text:
CERTIFICATE OF CONSULTATION re [3] MOTION to Dismiss for Lack of
Jurisdiction, [4] Memorandum in Support of Motion by William A. Schneider
behalf of Clear Channel Entertainment-Tweeter Center, Gallagher Bassett
Services, Inc., SFX Entertainment, Inc.. (Schneider, William)

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: yes
 Electronic document Stamp:
  [STAMP dcecfStamp_ID=1029851931 [Date=8/11/2004] [FileNumber=631678-0]
  [40caa75400df26536d961d7365eb8a4c307a5c7fa219b0e8326f757702ce16dcfbdb69db7
```

1:04-cv-11480 Notice will be electronically mailed to:
Damon  Scarano
scaranolaw@yahoo.com

William A. Schneider
wschneid@mail.mm-m.com

1:04-cv-11480 Notice will not be electronically mailed to:



Previous | Next | Back to Messages

Mail Upgrades - Mail Options

Copyright © 1994-2004 Yahoo! Inc. All rights reserved. Terms of Service - Copyright Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy