UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHRYN LYTTLE,<br>     Plaintiff,<br><br>v.<br><br>CLEAR CHANNEL ENTERTAINMENT-<br>TWEETER CENTER, SFX ENTERTAINMENT,<br>INC., GALLAGHER BASSETT SERVICES,<br>INC. AND AEGIS SECURITY,<br>     Defendants. | DOCKET NO: 04CV11480-WGY |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the defendant, SFX Entertainment, Inc., by and through counsel, identifies Clear Channel Communications, Inc. as its parent corporation. Further, SFX Entertainment, Inc. conducts business as Clear Channel Entertainment. There exists no legal entity known as Clear Channel Entertainment-Tweeter Center.

Respectfully submitted,
The Defendant,
SFX ENTERTAINMENT, INC.
By its attorneys,

**MORRISON MAHONEY LLP**

/s/ William A. Schneider

_____
William A. Schneider, BBO #636421
250 Summer Street
Boston, MA  02210
(617) 439-7573