UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CATHRYN LYTTLE,<br>　　　　Plaintiff, | )<br>)<br>)<br>)<br>)<br>) | |
| v. | ) | DOCKET NO: 04CV11480-WGY |
| | ) | |
| CLEAR CHANNEL ENTERTAINMENT-<br>TWEETER CENTER, SFX ENTERTAINMENT,<br>INC., GALLAGHER BASSETT SERVICES,<br>INC. AND AEGIS SECURITY,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the defendant, Gallagher Bassett Services, Inc., by and through counsel, discloses Arthur J. Gallagher & Co. as its parent corporation.

Respectfully submitted,
The Defendant,
GALLAGHER BASSETT SERVICES,
By its attorneys,

**MORRISON MAHONEY LLP**

/s/ William A. Schneider

William A. Schneider, BBO #636421
250 Summer Street
Boston, MA  02210
(617) 439-7573