UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CATHRYN LYTTLE,<br>Plaintiff, | ) ) ) ) ) | |
| v. | ) ) | DOCKET NO: 04CV11480-WGY |
| CLEAR CHANNEL ENTERTAINMENT-<br>TWEETER CENTER, SFX ENTERTAINMENT,<br>INC., GALLAGHER BASSETT SERVICES,<br>INC. AND AEGIS SECURITY,<br>Defendants. | ) ) ) ) ) ) ) | |

## JOINT STATEMENT

**A.**     **Agenda of Matters to Discuss**

    1.    Amendments to complaint to identify proper parties.

    2.    Proposed motion schedule:

        a.    Rule 15 - on or before November 1, 2004; and

        b.    Rule 56 - on or before June 30, 2005.

**B.**     **Proposed Discovery Plan**

    1.    Automatic Disclosures made on or before October 31, 2004;

    2.    All written discovery complete on or before December 31, 2004;

    3.    All depositions complete on or before March 4, 2005;

    4.    Plaintiff's expert disclosure on or before April 1, 2005;

    5.    Defendants' expert disclosure on or before April 29, 2005; and

    6.    Expert depositions completed on or before May 31, 2005.

**C.**     **Certifications**

    To be filed.

2

RESPECTFULLY SUBMITTED,

The Plaintiff,

CATHRYN LYTTLE,

by her attorney,


/s/ Damon Scarano

_____

Damon Scarano
60 Commercial Wharf
Boston, MA 02110
(617) 367-0395

The defendants,

CLEAR CHANNEL ENTERTAINMENT-
TWEETER CENTER, SFX
ENTERTAINMENT, INC. AND
GALLAGHER BASSETT SERVICES,
INC.
By their attorneys,

**MORRISON MAHONEY LLP**

/s/ William A. Schneider

_____

William A. Schneider, BBO #636421
250 Summer Street
Boston, MA  02210
(617) 439-7573




CLEAR CHANNEL ENTERTAINMENT-
TWEETER CENTER AND SFX
ENTERTAINMENT, INC.,
By their attorneys,

**MORRISON MAHONEY LLP**



_____

William A. Schneider, BBO #636421
250 Summer Street
Boston, MA  02210
(617) 439-7573

3