UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHRYN LYTTLE,<br>     Plaintiff,<br><br>v.<br><br>CLEAR CHANNEL ENTERTAINMENT-<br>TWEETER CENTER, SFX ENTERTAINMENT,<br>INC., GALLAGHER BASSETT SERVICES,<br>INC. AND AEGIS SECURITY,<br>     Defendants. | DOCKET NO: 04CV11480-WGY |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigneds hereby certify that they have conferred concerning the establishment of the budget for the costs of conducting the full course of litigating this matter to judgment, as well as the possibility of resolving this litigation through the use of various alternative dispute resolution mechanisms.

SFX ENTERTAINMENT, INC.

_____
By: Roger DeKraker
K&K Insurance Group, Inc.

Respectfully submitted,

**MORRISON MAHONEY LLP**

_____
William A. Schneider, BBO #636421
250 Summer Street
Boston, MA 02210
(617) 439-7573