UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHRYN LYTTLE,<br>      Plaintiff,<br><br>v.<br><br>CLEAR CHANNEL ENTERTAINMENT-<br>TWEETER CENTER, SFX ENTERTAINMENT,<br>INC., GALLAGHER BASSETT SERVICES,<br>INC. AND AEGIS SECURITY,<br>      Defendants. | DOCKET NO: 04CV11480-WGY |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigneds hereby certify that they have conferred concerning the establishment of the budget for the cost of conducting a full course of litigating this matter to judgment, as well as the possibility of resolving this litigation through the use of various alternative dispute resolution mechanisms.

GALLAGHER BASSETT SERVICES, INC.

_/s/ Melissa A. Walker_
Melissa A. Walker, Claims Supervisor

**MORRISON MAHONEY LLP**

_/s/ William Schneider_
William A. Schneider, BBO #636421
250 Summer Street
Boston, MA 02210
(617) 439-7573