

Rating Services

**PREMIER ACCOUNTS**

JR:PREM

Dear                                              PERSONAL AND CONFIDENTIAL

The Ratings reflected in Martindale-Hubbell are the result of confidential recommendations received from members of the Bar and Judiciary, generally from the lawyer's own geographic location. Many times, we solicit the assistance of the lawyer in securing those recommendations and we believe that you can help us in that effort.

Please complete the reverse side of this letter, following the instructions there, with the names and addresses of judges and lawyers with whom you have had recent professional experience. We ask that you do not contact your references in advance. They will be contacted as part of our research.

If your professional activities are confined to (a) particular Area(s) of Practice, please indicate those area(s) below.

Hopefully, with your help, we will reflect the appropriate rating for you in the <u>Martindale-Hubbell®</u> <u>Law Directory.</u>

We will advise you of your rating by letter prior to publication.

Sincerely,

MARTINDALE-HUBBELL

*Joseph Rudy*

Joseph Rudy
Associate Senior Rating Consultant

Area(s) of Practice    _____

JR:taz

Direct Dial: (908) 771-7711
E-Mail: joe.rudy@martindale.com

---

121 Chanlon Road • New Providence, NJ 07974 • Phone: 800-526-4902 ext. 5000 • Fax: 908-790-2170
email: ratings@martindale.com • www.martindale.com • www.lawyers.com

Instructions: Please follow this format in submitting names of lawyers and judges **ONLY LISTED IN THE DIRECTORY**. Approximately 50% of the lawyers should have a rating. **NOT MORE THAN TWO IN A FIRM AND NO ONE FROM YOUR FIRM.** Do not contact them regarding review. If possible provide the number indicated below.

| Attorneys Name | Firm St. Address/P.O. Box /Suite | City, State Zip Code |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| Judges 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |

Signature_____

(PLEASE PRINT) Name_____
Firm_____
Address_____
Date_____ City& State_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHRYN LYTTLE,<br>      Plaintiff,<br><br>v.<br><br>CLEAR CHANNEL ENTERTAINMENT-<br>TWEETER CENTER, SFX ENTERTAINMENT,<br>INC., GALLAGHER BASSETT SERVICES,<br>INC. AND AEGIS SECURITY,<br>      Defendants. | DOCKET NO: 04CV11480-WGY |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Cathryn Lyttle, and the defendants, hereby stipulate to the dismissal of Gallagher Bassett Services, Inc. of the plaintiff's Complaint, with prejudice, without costs and with all rights of appeal waived.

| | |
|---|---|
| Respectfully submitted,<br>The Plaintiff,<br>CATHRYN LYTTLE,<br>By her attorney,<br><br>/s/ Damon Scarano<br>_____<br>Damon Scarano, BBO<br>Attorney At Law<br>60 Commercial Wharf<br>Boston, MA 02110<br>(617) 367-0395 | Respectfully submitted,<br>The Defendants,<br>By their attorneys,<br><br>**MORRISON MAHONEY LLP**<br><br>/s/ William A. Schneider<br>_____<br>William A. Schneider, BBO #636421<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7573 |