UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHRYN LYTTLE,<br>Plaintiff,<br><br>v.<br><br>CLEAR CHANNEL ENTERTAINMENT-<br>TWEETER CENTER, SFX ENTERTAINMENT,<br>INC., GALLAGHER BASSETT SERVICES,<br>INC. AND AEGIS SECURITY,<br>Defendants. | DOCKET NO: 04CV11480-WGY |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Cathryn Lyttle, and the defendants, hereby stipulate to the dismissal of the plaintiff's Complaint, with prejudice, without costs and with all rights of appeal waived.

Respectfully submitted,
The Plaintiff,
CATHRYN LYTTLE,
By her attorney,

_____
Damon Scarano, BBO # 444280
Attorney At Law
60 Commercial Wharf
Boston, MA 02110
(617) 367-0395

Respectfully submitted,
The Defendants,
By their attorneys,

**MORRISON MAHONEY LLP**

_____
William A. Schneider, BBO #636421
250 Summer Street
Boston, MA 02210
(617) 439-7573